No. 83–692. LOCAL UNION NO. 47, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Sup. Ct. Cal. Motion of petitioner to dispense with printing the full opinion below

granted. Certiorari denied. JUSTICE REHNQUIST took no part in the consideration or decision of this motion and this petition.